# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

VERSUS

DAMIAN DOWELS

NO. 2023 KW 1045

**DECEMBER 4, 2023**

---

In Re:    Damian Dowels, applying for supervisory writs, 19th
          Judicial District Court, Parish of East Baton Rouge,
          No. DC-19-08119.

---

**BEFORE:   McCLENDON, HESTER, AND MILLER, JJ.**

    **WRIT GRANTED.** The trial court is ordered to act on relator's "Motions for Production of Boykin Exam/ Guilty Plea Transcripts," filed May 5, 20232 and October 20, 2023, on or before January 3, 2024, if it has not already done so. A copy of the trial court's action shall be filed in this court on or before January 10, 2024.

                            **PMc**
                            **CHH**
                            **SMM**

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
FOR THE COURT